## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 09-656-02 (SDW) |
| v. | |
| JOHN A. BENNETT,<br>    Defendant. | **ORDER FOR CONTINUANCE** |

This matter, having come before the Court on the joint application of the United States of America (Helen Christodoulou, Mikhail Vanyo and Sean Farrell, Trial Attorneys, U.S. Department of Justice, Antitrust Division, appearing) and the defendant John A. Bennett (Robert J. Anello, appearing), for an order granting a continuance of the trial date and other scheduling in this matter; and the defendant being aware that he has the right to have the matter tried within 70 days from the date on which he first appeared before a judicial officer of this Court pursuant to Title 18 U.S.C. § 3161; and for good cause shown;

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1.  This case involves some complex issues and thus it would be unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act;

2.  The failure to set trial beyond the speedy trial date in this proceeding would deny counsel for the Defendant and the United States the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

1

3.  Defendant has consented to the aforementioned continuance;

4.  The grant of a continuance will likely conserve judicial resources; and

5.  Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of
    justice served by granting the continuance outweigh the best interest of the public
    and the defendant in a speedy trial.

**WHEREFORE, IT IS,** on this 19th day of December, 2014

**SO ORDERED** that, the trial in this matter be adjourned from January 27, 2015; and that

the period of time from November 17, 2014 until January 27, 2015 shall be excluded for the

purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).

_____
Honorable Susan D. Wigenton
United States District Judge

We consent to the form and entry of this order.


_____
Robert J. Anello, Esq.
Counsel for John A. Bennett

_____
Helen Christodoulou
Trial Attorney, Antitrust Division
United States Department of Justice



Date: _____          Date: _____