## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO***
LAWRENCE S. BADER
BENJAMIN S. FISCHER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
JUDITH L. MOGUL
JODI MISHER PEIKIN
ROBERT M. RADICK***
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

(212) 880-9520
ranello@maglaw.com

COUNSEL
RACHEL Y. HEMANI
JASMINE JUTEAU
BARBARA MOSES*

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR
1939-2009

*ALSO ADMITTED IN CALIFORNIA AND WASHINGTON D C
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN WASHINGTON, D.C.

January 13, 2015

**BY FASCIMILE (973-645-3843)**

The Honorable Susan D. Wigenton
United States District Judge
Martin Luther King Building
& United States Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:    <u>United States v. John A. Bennett, No. 09 Cr. 656 (SDW)</u>

Dear Judge Wigenton:

    I represent the defendant John Bennett in the captioned matter. On behalf of Mr. Bennett, I respectfully ask that your Honor order the Government to provide defense counsel with copies of the trial exhibits introduced in open court at the trial of Mr. Bennett's co-defendant, Gordon McDonald. The Government has not informed us of any specific concerns with regard to the confidentially of those documents, but it nonetheless has indicated that it believes the Court's permission is required prior to the Government's disclosure of those documents to defense counsel. I respectfully ask that the Court direct the Government to share these trial exhibits with Mr. Bennett and his counsel, as they are material to the preparation of Mr. Bennett's defense. To the extent that any trial exhibits contain sensitive personal information such as social security numbers or financial account numbers, defense counsel is aware of, and will comply with, Federal Rule of Criminal Procedure 49.1, requiring the redaction of such personally identifiable information from papers filed with the Court.

Respectfully yours,

Robert J. Anello

So Ordered
this 14th day of January 2015

Susan D. Wigenton, U.S.D.J.

cc: Helen Christodoulou, Esq. (via email)
Mikhail Vanyo, Esq. (via email)
Sean Farrell, Esq. (via email)