UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE: __U.S.M.J. C. L. Waldor__ |
| v. | Crim NO.: __09-656-2 SDW__ |
| John Bennett | DATE OF PROCEEDINGS: __2/4/15__ |
| | DATE OF ARREST: __NA__ |

PROCEEDINGS:   __Bail Modification (by telephone)__

( ) COMPLAINT
( ) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL:  __ AFPD   __ CJA
( ) WAIVER OF HRG.:  __ PRELIM  __ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED:  __ GUILTY  __ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED
(✓) OTHER __Modification App made__

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: _____
   ( ) UNSECURED BOND
   ( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED _____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.          DATE: _____
( ) DETENTION / BAIL HRG.                DATE: _____
( ) TRIAL:  __ COURT  __ JURY             DATE: _____
( ) SENTENCING                            DATE: _____
( ) OTHER: _____                         DATE: _____

— Bail application for modification denied.

APPEARANCES:

AUSA __Helen Christodoulou__

DEFT. COUNSEL __Robert Anello__

PROBATION _____

INTERPRETER _____
   1. Language: (       )

Time Commenced: __11:40 am__
Time Terminated: __11:45 am__
CD No: __ECR (by phone)__