# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE: __Cathy . L. Waldor__ |
| v. | MAGISTRATE NO.: __09-656-2-SDW__ |
| John A. Bennett | DATE OF PROCEEDINGS: __3/11/15__ |
| | DATE OF ARREST: _____ |

PROCEEDINGS: __Bail Modification (by telephone)__

( ) COMPLAINT
( ) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL: __ AFPD __ CJA
( ) WAIVER OF HRG.: __ PRELIM __ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: __ GUILTY __ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED
(✓) OTHER _Bail modification made_

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: _____
    ( ) UNSECURED BOND
    ( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED _____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.
( ) DETENTION / BAIL HRG.
( ) TRIAL: __ COURT __ JURY
( ) SENTENCING
( ) OTHER: _____

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____

- Bail modification granted, allowed additional travel b/t the hours of 12-3pm (PST). Area of travel to be confined to the central district of CA. Draft order to be submitted by def counsel w/in 7 business days.

APPEARANCES:

AUSA __H. Christodoulou__

DEFT. COUNSEL __R. Anello__

PROBATION _____

INTERPRETER __NA__
  1. Language: ( NA )

Time Commenced: __1:39 pm__
Time Terminated: __1:57 pm__
CD No: __ECR__

_____Tim Gorman_____
DEPUTY CLERK