UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
----------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
        Plaintiff,                  :
                                    :   09-cr-656-02 (SDW)
        vs.                         :
                                    :
JOHN A. BENNETT,                    :
                                    :
        Defendant.                  :
                                    :
----------------------------------X

**ORDER MODIFYING PRETRIAL RELEASE CONDITIONS**

This matter having come before the Court on the application of the Defendant, John A. Bennett, requesting that the Court modify the conditions of his pretrial release previously set on December 9, 2014, and the Court having considered the submissions in support of the application, and those in opposition thereto;

IT IS, therefore, on this 13th day of March, 2015,

ORDERED that the Court modifies the Defendant's conditions of pretrial release as follows:

The Defendant shall be permitted to travel freely, within the Central District of California, between the hours of 10:00 a.m. and 3:00 pm., and shall be restricted to his residence under the strict supervision of the Pretrial Office during all other hours. The provision entitled "Home Incarceration" in the Court's Order Setting Conditions of Release, dated December 9, 2014, is hereby struck. The Defendant shall remain bound by all other provisions of that December 9, 2014 order, and shall continue to report to the Pretrial Office of the Central District of California.

IT IS FURTHER ORDERED that these conditions shall remain in effect until further order of this Court.

_____
HON. CATHY L. WALDOR
United States Magistrate Judge