# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO***
LAWRENCE S. BADER
BENJAMIN S. FISCHER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
JUDITH L. MOGUL
JODI MISHER PEIKIN
ROBERT M. RADICK**
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

(212) 880-9320
ranello@maglaw.com

COUNSEL
JASMINE JUTEAU
BARBARA MOSES*

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN CALIFORNIA AND WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN WASHINGTON, D.C.

March 16, 2015

**BY FACSIMILE (973-776-7865)**

The Honorable Cathy L. Waldor
United States Magistrate Judge
MLK Building & United States Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   United States v. John A. Bennett, No. 09 Cr. 656 (SDW)

Dear Judge Waldor:

I write as counsel to John Bennett to request, on consent, a temporary modification of his current bail conditions. Pursuant to the Court's order dated March 13, 2015, Mr. Bennett is permitted to travel freely, within the Central District of California, between the hours of 10:00 a.m. and 3:00 p.m., and is restricted to his residence at all other hours. Defense counsel will be traveling to California to meet with Mr. Bennett for a full day on March 25 and 26, 2015. In order to facilitate meetings with defense counsel, we respectfully request that Mr. Bennett be permitted on those two dates to remain out of his residence, from 9:00 a.m. to 9:00 p.m. I have discussed this request with both the government and Pretrial Services, and neither has an objection to this request.

Thank you for your attention to this matter.

Respectfully yours,

Robert J. Anello

SO ORDERED

s/Cathy L. Waldor
Cathy L. Waldor, U.S.M.J.
Date: 3/17/15

cc:   Helen Christodoulou, Esq. (DOJ)
      Mikhail Vanyo, Esq. (DOJ)
      Sean Farrell, Esq. (DOJ)
      Brenda Orantes (Pretrial Services, C.D. Ca.)
      Barbara Hutchinson (Pretrial Services, D.N.J.)
      Sandy Bravo (Pretrial Services, D.N.J.)