

**U.S. Department of Justice**

Antitrust Division

---

*New York Office*

26 Federal Plaza                         212/335-8035
Room 3630
New York, New York 10278-0004            FAX 212/335-8023

April 27, 2015

BY ECF and E-MAIL (PDF)

The Honorable Susan D. Wigenton
United States District Judge
Martin Luther King Building
& United States Courthouse
50 Walnut Street
Newark, NJ 07101

     Re: United States v. John A. Bennett, No. 09 Cr. 656 (SDW)

Dear Judge Wigenton:

     The Government respectfully submits this letter to address defense counsel's proposed amendments to the pre-trial motion schedule set by the Court in its Order for Discovery and Inspection on November 24, 2014.

     After conferring with defense counsel, the Government does not object to the schedule for pretrial motions proposed as set forth below:

| | |
|---|---|
| Discovery Pre-Trial Motions due: | June 8, 2015 |
| Oppositions due: | June 29, 2015 |
| Reply due: | July 7, 2015 |
| Argument: | July 13, 2015 |
| | |
| Substantive Pre-Trial Motions due: | September 10, 2015 |
| Oppositions due: | October 2, 2015 |
| Reply due: | October 13, 2015 |
| Argument: | October 19, 2015 |

The parties have discussed that discovery will be on-going at the time the discovery motions are due.

The schedule for all other motions will adhere to the Court's standing Order for Discovery and Inspection on November 24, 2014.

Respectfully submitted,

Helen Christodoulou
Trial Attorney
Antitrust Division


Cc:   Robert J. Anello, Esq. (counsel for John Bennett)