UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 09-656-002 (SDW) |
| v. | |
| GORDON D. McDONALD, JOHN A. BENNETT, and JAMES E. HAAS, JR., | **UNSEALING ORDER** |
| Defendants. | |

This matter having come before the Court on the application of the United States of America (Mikhail Vanyo, Trial Attorney, appearing) for an order that the January 23, 2009 Order Granting *Ex Parte* Application for Suspension of the Running of the Statute of Limitations Pursuant to 18 U.S.C. §3292 (the "§3292 Order") in the Matter of the Grand Jury Empaneled on October 29, 2007, Misc. No. 07-269 (Document No. 112), be unsealed; and, for good cause shown,

IT IS ON this 5th day of May, 2015,

ORDERED that the §3292 Order filed in the above-referenced grand jury matter is unsealed. Except for the unsealing of the §3292 Order, the Court's prior sealing orders shall remain in effect until modified by further order of the Court.

HON. SUSAN D. WIGENTON
United States District Judge