UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Crim. No. 09-656-002 (SDW) |
| v. : | |
| GORDON D. McDONALD, : | |
| JOHN A. BENNETT, and : | **UNSEALING ORDER** |
| JAMES E. HAAS, JR., : | |
| Defendants. : | |

This matter having come before the Court on the application of the United States of America (Mikhail Vanyo, Trial Attorney, appearing) for an order that the January 15, 2009 (filed January 23, 2009) *Ex Parte* Application for Suspension of the Running of the Statute of Limitations Pursuant to 18 U.S.C. §3292 and accompanying Declaration of Jeffrey D. Martino in Support of *Ex Parte* Application for Suspension of the Running of the Statute of Limitations Pursuant to 18 U.S.C. §3292 (the "§3292 Application Materials") in the Matter of the Grand Jury Empaneled on October 29, 2007, Misc. No. 07-269 (Document No. 111), be unsealed; and, for good cause shown,

IT IS ON this _____ day of June, 2015,

ORDERED that the §3292 Application Materials filed in the

1

above-referenced grand jury matter is unsealed.  Except for the
unsealing of the §3292 Application Materials, the Court's prior
sealing orders shall remain in effect until modified by further
order of the Court.

HON. SUSAN D. WIGENTON
United States District Judge