In the Matter of
An Affidavit Pursuant to
s. 29 of the Canada
Evidence Act

## AFFIDAVIT

**I, Maxine Siwinski, of the City of TORONTO, in the Province of Ontario**
MAKE OATH AND SAY AS FOLLOWS:

1. I am employed as an Investigation Analyst, Corporate Investigation Services at Royal Bank of Canada, 20 King St. West, 5th. Floor, Toronto, Ontario (hereinafter referred to as the Financial Institution"), and as such I have a personal knowledge of the facts in this affidavit.

2. The Financial Institution is an institution incorporated in Canada which accepts deposits of money from the public and in my employment with the Financial Institution, I have knowledge regarding the maintenance, custody and control of the books and records of the Financial Institution.

3. Attached and marked as Exhibit "A" to this my affidavit are copies of the originals of the ordinary books or records of the Financial Institution, where available and unless otherwise noted, and entries therein which are presently in the custody or control of the said Financial Institution in connection with Royal Bank of Canada Client Profiles in the names of Robert Peter GRIFFITHS and DISCOUNT CANADIAN PRESCRIPTION O/A DCP TECHNICAL SERVICES.

4. Attached and marked as Exhibit "B" to this my affidavit are copies of the originals of the ordinary books or records of the Financial Institution, where available and unless otherwise noted, and entries therein which are presently in the custody or control of the said Financial Institution in connection with Royal Bank of Canada Account Statements for Account #08060-5131743 in the name of Robert Peter GRIFFITHS.

5. Attached and marked as Exhibit "C" to this my affidavit are copies of the originals of the ordinary books or records of the Financial Institution, where available and unless otherwise noted, and entries therein which are presently in the custody or control of the said Financial Institution in connection with Royal Bank of Canada Account Statements for Account #00010-5287651 in the name of Robert Peter GRIFFITHS.

6. Attached and marked as Exhibit "D" to this my affidavit are copies of the originals of the ordinary books or records of the Financial Institution, where available and unless otherwise noted, and entries therein which are presently in the custody or

2

control of the said Financial Institution in connection with Royal Bank of Canada Account Statements for US Dollar Account #03502-4003612 in the name of DISCOUNT CANADIAN PRESCRIPTION O/A DCP TECHNICAL SERVICES.

7. Attached and marked as Exhibit "E" to this my affidavit are copies of the originals of the ordinary books or records of the Financial Institution, where available and unless otherwise noted, and entries therein which are presently in the custody or control of the said Financial Institution in connection with Royal Bank of Canada Account Statements for US Dollar Account #03502-1016260 in the name of DISCOUNT CANADIAN PRESCRIPTION O/A DCP TECHNICAL SERVICES.

8. At the time of the making of the entries in the said books or records, they were among the ordinary books or records kept by the Financial Institution and the said entries were made in the usual and ordinary course of business of the Financial Institution. To the best of my knowledge and belief, the copies attached are true copies of the originals of the ordinary books or records of the Financial Institution, where available and unless otherwise noted, and entries therein which are presently in the custody or control of the said Financial Institution

9. Where the copies attached are printouts or are copies of printouts of records maintained in the Financial Institution's computer systems, the Financial Institution consistently acts on, relies on and uses those documents as a record of the information recorded or stored in the printout.

10. Where the copies attached are prints or copies of prints of a photographic film, that photographic film was created in order to keep a permanent record of the document.

11. I make this Affidavit pursuant to Section 29 of the <u>Canada Evidence Act.</u>

SWORN BEFORE me at the City of     )
Toronto, in the Province of Ontario,     )
this 11th. day of FEBRUARY, 2009.    )
                                          )
                                          )
_____           )   _____
A Commissioner of Oaths/Notary            )   Maxine Siwinski
Public                                    )
                                          )

Sharon Darlene Ouderkirk, a Commissioner for Taking
Affidavits, City of Toronto, for The Royal Bank of Canada and
The Royal Trust Corporation, Expires November 23, 2011