## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS

I, the undersigned, __Leslie Costa__, with the understanding that I am subject to criminal penalty under the laws of Canada for an intentionally false declaration, declare that I am employed by associated with __Bell Canada Corporate Security__ in the position of __Security Associate__ and by reason of my position am authorized and qualified to make this declaration.

I further declare that the documents attached hereto are originals or true copies of records which:

1. Were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;

2. Were kept in the course of regularly conducted business activity;

3. Were made by the said business activity as a regular practice; and,

4. If not original records, are duplicates of original records.

The originals or duplicates of these records are maintained in the country of Canada.

Date of Execution: __11 FEBRUARY 2009__

Place of Execution: __865 PHARMACY AVE 2nd FL. TORONTO__

SWORN BEFORE ME at the City of __TORONTO__ in the _____ Region, in the Province of Ontario, this __11__ day of __FEBRUARY__, 2009.

_____
Signature

_____
Commissioner, etc.

JOSEPH STEPHEN McCAUL, a Commissioner, etc.,
City of Toronto, for
Bell Canada
Expires December 13, 2010.