FORM: Certificate of Business Records

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS

I, the undersigned, _Kim Hogan_, with the understanding that I am subject to criminal penalty under the laws of Canada for an intentionally false declaration, declare that I am employed by/associated with _Rogers Communications Inc._ in the position of _Investigator_ and by reason of my position am authorized and qualified to make this declaration.

I further declare that the documents attached are originals or true copies of records which:

1. Were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;

2. Were kept in the course of regularly conducted business activity; and

3. Were made by the said business activity as a regular practice.

The originals or duplicates of these records are maintained in the country of Canada.

Date of Execution: _May 11, 2009_

Place of Execution: _Burnaby, BC_

Signature: _[signed]_