<u>CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS</u>

I, the undersigned, _____, with the

understanding that I am subject to criminal penalty under the

laws of Canada for an intentionally false declaration, declare

that I am employed by/associated with _TELUS_

_Communications_ _Company_ in the position of _Security_

_Analyst_ and by reason of my position am

authorized and qualified to make this declaration.

I further declare that the documents attached hereto are

originals or true copies of records which:

1.     Were made at or near the time of the occurrence of the
       matters set forth therein, by (or from information
       transmitted by) a person with knowledge of those matters;

2.     Were kept in the course of regularly conducted business
       activity; and

3.     Were made by the said business activity as a regular
       practice.

The originals or duplicates of these records are maintained in

the country of Canada.

Date of Execution: _May 29, 2009_

Place of Execution: _Edmonton, Alberta_

Signature: _____