UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHAMBERS OF
CATHY L. WALDOR
UNITED STATES MAGISTRATE JUDGE

MARTIN LUTHER KING COURTHOUSE
50 WALNUT ST.
ROOM 4040
NEWARK, NJ 07101
973-776-7862

# ORDER

Re: **United States v. John A. Bennett**
**Civil Action No. 09-cr-0656 (SDW)**

To all parties:

This matter comes before the Court on the letter request, dated August 11, 2015, filed by Defendant seeking a modification of his bail conditions and on the Government's opposition thereto (ECF No. 245). In consideration of the parties' arguments and the dictates of the Bail Reform Act, the request is hereby DENIED.

**SO ORDERED**

Dated: September 1, 2015

*s/Cathy L. Waldor*
**CATHY L. WALDOR**
**United States Magistrate Judge**