# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

(212) 880-9445
jmermelstein@maglaw.com

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO***
LAWRENCE S. BADER
BENJAMIN S. FISCHER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
BRIAN A. JACOBS
JUDITH L. MOGUL
JODI MISHER PEIKIN
ROBERT M. RADICK***
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

COUNSEL
JASMINE JUTEAU
BARBARA MOSES*

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN CALIFORNIA AND WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN WASHINGTON, D.C.

October 26, 2015

**BY FEDERAL EXPRESS**

Clerk of Court
United States District Court
District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   United States v. John A. Bennett, No. 09 Cr. 656 (SDW)

Dear Clerk:

We are counsel to Defendant John Bennett in this matter. Enclosed are the following documents to be filed under seal:

- Exhibit E to Declaration of Jacob Mermelstein Dated October 23, 2015, In Support of Defendant's Motion to Dismiss (Docket Entry No. 253-7);

- Exhibit F to Declaration of Jacob Mermelstein Dated October 23, 2015, In Support of Defendant's Motion to Dismiss (Docket Entry No. 253-8).

A CD containing these two documents in PDF, and a copy of the Court order authorizing the filing of documents under seal, is also enclosed.

Respectfully yours,

Jacob Mermelstein