UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------X
UNITED STATES OF AMERICA,

       Plaintiff,

       vs.

JOHN A. BENNETT,

       Defendant.

------------------------------------------------X

09-cr-656-02 (SDW)

## ORDER MODIFYING PRETRIAL RELEASE CONDITIONS

This matter having come before the Court on the application of the Defendant, John A. Bennett, requesting that the Court modify the conditions of his pretrial release set on December 9, 2014, and previously modified on March 13, 2015, and May 14, 2015, and the Court having considered the submissions in support of the application, and those in opposition thereto;

IT IS, therefore, on this 5th day of November, 2015,

ORDERED that the Court modifies the Defendant's conditions of pretrial release as follows:

The Defendant shall be permitted to travel freely, within the Central District of California, between the hours of 10:00 a.m. and 10:00 pm., and shall be restricted to his residence during all other hours. At all times, the Defendant will be under the strict supervision of the Pretrial Office.

The Defendant shall remain bound by all other provisions of the Court's Order Setting Conditions of Release dated December 9, 2014.

IT IS FURTHER ORDERED that these conditions shall remain in effect until further order of this Court.

_____
HON. CATHY L. WALDOR
United States Magistrate Judge