UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X

UNITED STATES OF AMERICA,                       :

        Plaintiff,                              :

           vs.                             :     09-cr-656-02 (SDW)

JOHN A. BENNETT,                                :

        Defendant.                              :

                                                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X

UPON the joint application of the parties for an order setting forth a schedule as described herein;

WHEREAS, it is hereby stipulated and agreed, by and between the government and defendant John A. Bennett, by his undersigned counsel, that the parties shall be bound by the schedule set forth below;

WHEREAS, the defendant's motion to dismiss is currently *sub judice*, pretrial conferences are scheduled for January 25, 2016 and February 10, 2016, jury selection is scheduled to commence on February 17, 2016, and trial is scheduled to commence on February 22, 2016;

WHEREAS, the government and the defense have agreed to exchange the materials identified herein and to file any *in limine* motions according to the schedule set forth below;

WHEREAS, the parties reserve their rights to request additional discovery, and to make any motions for additional discovery; it is hereby:

ORDERED, that on or before January 13, 2016, the government shall produce (1) a list of witnesses it intends to call in its case-in-chief; (2) statements of such witnesses, as defined in 18 U.S.C. § 3500 and Fed. R. Crim. P. 26.2, if any, that the government has not previously produced to the defendant;

(3) any impeachment material, pursuant to Giglio v. United States, 405 U.S. 150 (1972), and its progeny, relating to such witnesses; (4) an exhibit list and copies of the exhibits it intends to offer in its case-in-chief (but not documents it intends to use only in the cross-examination of defense witnesses, the redirect examination of government witnesses, or in any rebuttal case) in the form in which such exhibits will be offered at trial; (5) expert disclosure pursuant to Fed. R. Crim. P. 16(a)(1)(G); and (6) notice of all evidence of other crimes, wrong or acts it intends to introduce at trial within the meaning of Fed. R. Evid. 404(b); and it is further

ORDERED, that on or before January 13, 2016, the defendant shall produce expert disclosure required by Fed. R. Crim. P. 16(b)(1)(C); and it is further

ORDERED, that on or before January 22, 2016, the government and the defendant shall file any *in limine* motions; and it is further

ORDERED, that on or before January 28, 2016, defendant will produce (1) a list of his intended trial witnesses; (2) any statements of such witnesses, as defined in Fed. R. Crim. P. 26.2; (3) exhibit lists and copies of the exhibits he intends to offer in the defense case-in-chief (but not documents he intends to use only in the cross-examination of government witnesses or the redirect examination of defense witnesses) in the form in which such exhibits will be offered at trial; and it is further

ORDERED, that on or before February 9, 2016, the government and the defendant shall file any responses to *in limine* motions; and it is further

ORDERED, that nothing in this stipulation and order shall preclude the government or the defendant from making any appropriate objections at trial to the admissibility of any evidence, or from amending or supplementing their witness and exhibit lists or their production of witness statements (pursuant to 18 U.S.C. § 3500 and Fed R. Crim. P. 26.2) and impeachment materials (pursuant to Giglio v. United States, 405 U.S. 150 (1972), and its progeny) from the date of production through the trial, as necessary; and it is further

ORDERED, that in the event the trial is adjourned, this schedule shall be amended accordingly.

Dated: New York, New York
      December _10_, 2015

**JOHN A. BENNETT**

By: _____
     Robert J. Anello
     Richard F. Albert
     Jacob W. Mermelstein
     Jocelyn Courtney Kaoutzanis

Morvillo Abramowitz Grand
Iason & Anello P.C.
565 Fifth Avenue
New York, New York 10017
(212) 856-9600

**U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION**

By: _____
     Helen Christodoulou
     Daniel Tracer
     Mikhail Vanyo
26 Federal Plaza, Room 3630
New York, New York 10278
(212) 335-8000

SO ORDERED:

Dec. 14 2015 _____
     Hon. Susan D. Wigenton
     United States District Judge