# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P. C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO***
LAWRENCE S. BADER
BENJAMIN S. FISCHER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
BRIAN A. JACOBS
JUDITH L. MOGUL
JODI MISHER PEIKIN
ROBERT M. RADICK***
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION
(212) 880-9445
jmermelstein@maglaw.com

COUNSEL
JASMINE JUTEAU
BARBARA MOSES*

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN CALIFORNIA AND WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN WASHINGTON, D.C.

January 25, 2016

**BY FAX (973-776-7865)**

The Honorable Cathy L. Waldor
United States Magistrate Judge
Martin Luther King Building
& United States Courthouse
50 Walnut Street
Newark, New Jersey 07101

SO ORDERED

s/ Cathy L. Waldor
_____
Cathy L. Waldor, U.S.M.J.

Date: 1/25/16

Re: United States v. John Bennett, No. 09 Cr. 656 (SDW)

Dear Judge Waldor:

On January 21, 2016, the Court signed an Order authorizing Mr. Bennett's GPS ankle-monitoring device to be removed temporarily, in order to facilitate his travel from California to New Jersey. Due to the severe snowstorm on the East Coast, Mr. Bennett's flight, which had been scheduled for January 23, 2016, has been cancelled, and his travel will be delayed by several days. Mr. Bennett anticipates that he will be able to secure a new flight so that he can arrive in New Jersey by the evening of January 27, 2016. On behalf of Mr. Bennett, we respectfully request that the Court authorize Mr. Bennett's GPS ankle-monitoring device to remain off until January 28, 2016. I have discussed this request with the Pretrial Services Office of the District of New Jersey and have been informed that they do not have any objection.

Thank you for your attention to this matter.

Respectfully submitted,

Jacob Mermelstein

cc: Helen Christodoulou, Esq. (by email)
Ms. Barbara Hutchinson, Pretrial Services Officer (by email)
Ms. Brenda Orantes, Pretrial Services Officer (by email)