

U.S. Department of Justice

Antitrust Division

---

New York Office

26 Federal Plaza  
Room 3630  
New York, New York 10278-0004

212/335-8035

FAX 212/335-8023

January 22, 2016

BY ECF  
The Honorable Susan D. Wigenton  
United States District Judge  
Martin Luther King Building  
50 Walnut Street  
Newark, NJ 07101

    Re: <u>United States v. John A. Bennett</u>, No. 09 Cr. 656 (SDW)

Dear Judge Wigenton:

    The Government requests, with the defendant's consent, additional time to file motions *in limine* relating to the defendant's expert witness notice and disclosures, which were received on January 13, 2016 and January 21, 2016. The Government and counsel for the defendant have agreed that: (1) the Government's Motion *in Limine* for Expert Witnesses will be due by January 28, 2016, and (2) the defendant will have an equal number of additional days to respond, if necessary.

                                                  Respectfully,

                                                  Helen Christodoulou  
                                                  Daniel Tracer  
                                                  Mikhail Vanyo  
                                                  Trial Attorney  
                                                  Antitrust Division

CC:    Robert Anello (counsel for John Bennett)  
           Richard Albert (counsel for John Bennett)  
           Jacob Mermelstein (counsel for John Bennett)  
           Jocelyn Kaoutzanis (counsel for John Bennett)

So Ordered this 26th day of Jan. 2016

Susan D. Wigenton, U.S.D.J.

1