UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

NEWARK                                          DATE: January 27, 2016

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Carmen D. Soto

Title of Case:                                  Docket# 09-CR-656-2

UNITED STATES v. JOHN A. BENNETT

**Appearances**:
Helen Christodoulou, AUSA for the Gov't
Daniel M. Tracer, AUSA for the Gov't
Mikhail Z. Vanyo, AUSA for the Gov't
Richard F. Albert, Esq. for Deft
Jacob Mermelstein, Esq. for Deft
Robert J. Anello, Esq. for Deft
Jocelyn J. Kaoutzanis, Esq. for Deft
Peter Janowski, Esq. for Deft

Nature of Proceeding:   **MOTION HEARING/STATUS CONFERENCE**

Deft present;
Hearing held on deft's motion to dismiss Indictment [Dkt. Entry #253];
Ordered motion to dismiss indictment denied;
Status conference held with all counsel.


Time Commenced 2:40 p.m.
Time Adjourned 4:20 p.m.
Total time:    1 hr. 40 mins.

cc: chambers                                    Carmen D. Soto
                                                Deputy Clerk