MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P. C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO***
LAWRENCE S. BADER
BENJAMIN S. FISCHER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
BRIAN A. JACOBS
JUDITH L. MOGUL
JODI MISHER PEIKIN
ROBERT M. RADICK***
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com
————
WRITER'S CONTACT INFORMATION

(212) 880-9445
jmermelstein@maglaw.com

COUNSEL
JASMINE JUTEAU
BARBARA MOSES*
————
ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN CALIFORNIA AND WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN WASHINGTON, D.C.

February 8, 2016

**BY ECF**

The Honorable Susan D. Wigenton
United States District Judge
Martin Luther King Building
& United States Courthouse
50 Walnut Street
Newark, NJ 07101

   Re: <u>United States v. John A. Bennett, No objection. 09 Cr. 656 (SDW)</u>

Dear Judge Wigenton:


   In accordance with the Court's November 24, 2014 Order for Inspection and Discovery (Dkt. Entry No. 204), attached please find Mr. Bennett's authenticity objections.  I hereby certify that the challenge to the authenticity of these documents is being made in good faith.


       Respectfully yours,

       Jacob W. Mermelstein

cc: Helen Christodoulou, Esq. (via email)
   Mikhail Vanyo, Esq. (via email)
   Daniel Tracer, Esq. (via email)

1

| US v. Bennett Exhibit # | Exhibit Description | Starting Bates # | Objection to Authenticity | Basis |
|---|---|---|---|---|
| GX-00la | Aerial Photo of Federal Creosote, Manville NJ Site from 1951 | DOJ-EPA0l-00000001 | No objection | |
| GX-001b | Aerial Photo of Federal Creosote, Manville NJ Site from 1997 | DOJ-EPA01-00000002 | No objection | |
| GX-00lc | Diagram of Federal Creosote, Manville NJ Site | DOJ-EPA01-00000004 | No objection | |
| GX-002 | Federal Creosote Sign in Sheet | EPA003-DOJ-00000167 | No objection | |
| GX-003a | Pre-Placed Remedial Action Contract No objection. DACW41-01-D-0001 | USACEBox2-DOJ-00001173 | No objection | |
| GX-003b | Federal Creosote Task Order | USACERedweld 3-PDF-00000255 | No objection | |
| GX-003c | Purchase Request and Commitment | DOJ-ACE-0000000294 | No objection | |
| GX-004a | Pre-Placed Remedial Action Contract No objection. W91 2DQ-04-0023 | USACEBox9-DOJ-00000036 | No objection | |
| GX-004b | Federal Creosote Task Order | USACEBox6-DOJ-00001215 | No objection | |
| GX-004c | Purchase Request and Commitment | USACEBox7-DOJ-00001585 | No objection | |
| GX-005 | Federal Acquisition Regulation Provisions | DOJ-0000000002 | Objection | Incomplete and untimely; not the version in effect during relevant period |
| GX-025a | Sevenson Environmental Services, Inc. Federal Creosote Contract Files | 2SEV-SO-11-000210 | No objection | |
| GX-025b | Sevenson Environmental Services, Inc. Federal Creosote Contract Files | 2SEV-SO-12-001696 | No objection | |
| GX-026a | Sevenson Environmental Services, Inc. Federal Creosote Contract Files | 2SEV-SO-01-000349 | No objection | |
| GX-026b | Sevenson Environmental Services, Inc. Federal Creosote Contract Files | 2SEV-SO-01-000481 | No objection | |

| US v. Bennett Exhibit # | Exhibit Description | **Starting** Bates # | Objection to Authenticity | Basis |
|---|---|---|---|---|
| GX-026c | Sevenson Environmental Services, Inc. Federal Creosote Contract Files | 2SEV-SO-0l-000568 | No objection | |
| GX-026d | Sevenson Environmental Services, Inc. Federal Creosote Contract Files | 2SEV-SO-01-000600 | No objection | |
| GX-026e | Sevenson Environmental Services, Inc. Federal Creosote Contract Files | 2SEV-SO-01-000615 | No objection | |
| GX-026f | Sevenson Environmental Services, Inc. Federal Creosote Contract Files | 2SEV-SO-01-000643 | No objection | |
| GX-026g | Sevenson Environmental Services, Inc. Federal Creosote Contract Files | 2SEV-SO-01-000686 | No objection | |
| GX-027a | Sevenson Environmental Services, Inc. Federal Creosote Contract Files | 2SEV-SO-03-000060 | No objection | |
| GX-027b | Sevenson Environmental Services, Inc. Federal Creosote Contract Files | 2SEV-SO-03-000333 | No objection | |
| GX-027c | Sevenson Environmental Services, Inc. Federal Creosote Contract Files | 2SEV-SO-03-000330 | No objection | |
| GX-027d | Sevenson Environmental Services, Inc. Federal Creosote Contract Files | DOJ-SES-000000496 | No objection | |
| GX-027e | Sevenson Environmental Services, Inc. Federal Creosote Contract Files | DOJ-SES-000000526 | No objection | |
| GX-027f | Sevenson Environmental Services, Inc. Federal Creosote Contract Files | DOJ-SES-000000531 | No objection | |
| GX-028a | Sevenson Environmental Services, Inc. Federal Creosote Contract Files | DOJ-SES-000000534 | No objection | |
| GX-028b | Sevenson Environmental Services, Inc. Federal Creosote Contract Files | DOJ-SES-000000520 | No objection | |

| US v. Bennett Exhibit # | Exhibit Description | Starting Bates # | Objection to Authenticity | Basis |
|---|---|---|---|---|
| GX-028c | Sevenson Environmental Services, Inc. Federal Creosote Contract Files | DOJ-SES-000000517 | No objection | |
| GX-028d | Sevenson Environmental Services, Inc. Federal Creosote Contract Files | DOJ-SES-000000727 | No objection | |
| GX-028e | Sevenson Environmental Services, Inc. Federal Creosote Contract Files | DOJ-SES-000000611 | No objection | |
| GX-028f | Sevenson Environmental Services, Inc. Federal Creosote Contract Files | DOJ-SES-000000750 | No objection | |
| GX-028g | Sevenson Environmental Services, Inc. Federal Creosote Contract Files | DOJ-SES-000000755 | No objection | |
| GX-028h | Sevenson Environmental Services, Inc. Federal Creosote Contract Files | DOJ-SES-000000781 | No objection | |
| GX-028i | Sevenson Environmental Services, Inc. Federal Creosote Contract Files | DOJ-SES-000000801 | No objection | |
| GX-028j | Sevenson Environmental Services, Inc. Federal Creosote Contract Files | DOJ-SES-000000803 | No objection | |
| GX-028k | Sevenson Environmental Services, Inc. Federal Creosote Contract Files | DOJ-SES-000000835 | No objection | |
| GX-029a | Sevenson Environmental Services, Inc. Federal Creosote Contract Files | 2SEV-S0-03-000186 | No objection | |
| GX-029b | Sevenson Environmental Services, Inc. Federal Creosote Contract Files | 2SEV-S0-03-000254 | No objection | |
| GX-029c | Sevenson Environmental Services, Inc. Federal Creosote Contract Files | 2SEV-S0-03-000051 | No objection | |
| GX-029d | Sevenson Environmental Services, Inc. Federal Creosote Contract Files | 2SEV-S0-03-000049 | No objection | |

| US v. Bennett Exhibit # | Exhibit Description | **Starting** Bates # | Objection to Authenticity | Basis |
|---|---|---|---|---|
| GX-029e | Sevenson Environmental Services, Inc. Federal Creosote Contract Files | DOJ-SES-000000505 | No objection | |
| GX-029f | Sevenson Environmental Services, Inc. Federal Creosote Contract Files | DOJ-SES-000000515 | No objection | |
| GX-029g | Sevenson Environmental Services, Inc. Federal Creosote Contract Files | DOJ-SES-000000659 | No objection | |
| GX-029h | Sevenson Environmental Services, Inc. Federal Creosote Contract Files | DOJ-SES-000000630 | No objection | |
| GX-029i | Sevenson Environmental Services, Inc. Federal Creosote Contract Files | DOJ-SES-000000765 | No objection | |
| GX-029j | Sevenson Environmental Services, Inc. Federal Creosote Contract Files | DOJ-SES-000000816 | No objection | |
| GX-029k | Sevenson Environmental Services, Inc. Federal Creosote Contract Files | DOJ-SES-000000805 | No objection | |
| GX-029l | Sevenson Environmental Services, Inc. Federal Creosote Contract Files | DOJ-SES-000000811 | No objection | |
| GX-035 | Recupere Sol Invoice | SESORIG009-DOJ-00000854 | No objection | |
| GX-101 | Bennett Environmental, Inc. Documentation of Wire Transfers to GMEC | 9BEN-DOJ-000001 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-102 | Bennett Environmental, Inc. Documentation of Wire Transfers to GMEC | 13BEN-DOJ-000008 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-103 | Check from Bennett Environmental to General Monitoring | BENBox06-DOJ-00000607 | Objection | Objection to authenticity of signature in document |

| US v. Bennett Exhibit # | Exhibit Description | <u>Starting</u> Bates # | Objection to Authenticity | Basis |
|---|---|---|---|---|
| GX-104 | Bennett Environmental, Inc. Documentation of Wire Transfers to GMEC | 9BEN-DOJ-000004 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-105 | Bennett Environmental, Inc. Documentation of Wire Transfers to GMEC | 13BEN-DOJ-000005 | No objection | |
| GX-106 | Bennett Environmental, Inc. Documentation of Wire Transfers to GMEC | 9BEN-DOJ-000009 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-107 | Bennett Environmental, Inc. Documentation of Wire Transfers to GMEC | 13BEN-DOJ-000002 | No objection | |
| GX-108 | Bennett Environmental, Inc. Documentation of Wire Transfers to GMEC | 9BEN-DOJ-000014 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-109 | Bennett Environmental, Inc. Documentation of Wire Transfers to GMEC | 13BEN-DOJ-000011 | No objection | |
| GX-110 | Bennett Environmental, Inc. Documentation of Wire Transfers to GMEC | 9BEN-DOJ-000016 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-111 | Bennett Environmental, Inc. Documentation of Wire Transfers to GMEC | 13BEN-DOJ-000013 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-112 | Bennett Environmental, Inc. Documentation of Wire Transfers to GMEC | BEN-25-DOJ-0014351 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-113 | Bennett Environmental, Inc. Documentation of Wire Transfers to GMEC | 9BEN-DOJ-000018 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |

| US v. Bennett Exhibit # | Exhibit Description | <u>Starting</u> Bates # | Objection to Authenticity | Basis |
|---|---|---|---|---|
| GX-114 | Bennett Environmental, Inc. Documentation of Wire Transfers to GMEC | 13BEN-DOJ-000015 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-115 | Bennett Environmental, Inc. Documentation of Wire Transfers to GMEC | 9BEN-DOJ-000020 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-116 | Bennett Environmental, Inc. Documentation of Wire Transfers to GMEC | 9BEN-DOJ-000021 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-117 | Bennett Environmental, Inc. Documentation of Wire Transfers to GMEC | 9BEN-DOJ-000023 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony; objection also to authenticity of signature. |
| GX-118 | Bennett Environmental, Inc. Documentation of Wire Transfers to GMEC | 9BEN-DOJ-000025 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-119 | Bennett Environmental, Inc. Documentation of Wire Transfers to GMEC | 9BEN-DOJ-000026 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-120 | Bennett Environmental, Inc. Documentation of Wire Transfers to GMEC | 9BEN-DOJ-000028 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-121 | Bennett Environmental, Inc. Documentation of Wire Transfers to GMEC | 9BEN-DOJ-000029 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-122 | Bennett Environmental, Inc. Documentation of Wire Transfers to GMEC | 9BEN-DOJ-000031 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |

| US v. Bennett Exhibit # | Exhibit Description | Starting Bates # | Objection to Authenticity | Basis |
|---|---|---|---|---|
| GX-123 | Bennett Environmental, Inc. Documentation of Wire Transfers to GMEC | 9BEN-DOJ-000032 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-124 | Bennett Environmental, Inc. Documentation of Wire Transfers to GMEC | BENBox06-DOJ-00000676 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-125 | Bennett Environmental, Inc. Documentation of Wire Transfers to GMEC | 13BEN-DOJ-000017 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-126 | Royal Bank of Canada Wire Transfer Confirmation | DOJ-RBC-000000003 | No objection | |
| GX-127 | Royal Bank of Canada Wire Transfer Confirmation | DOJ-RBC-000000002 | No objection | |
| GX-128 | Royal Bank of Canada Wire Transfer Confirmation | DOJ-RBC-000000001 | No objection | |
| GX-141 | 2001.12.10 Griffiths Expense Report | 8BEN-DOJ-000794 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-142 | 2001.1.02 Griffiths Expense Report | 8BEN-DOJ-000806 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-143 | 2002.03.15 Griffiths Expense Report | 8BEN-DOJ-001312 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-144 | 2002.04.15 Griffiths Expense Report | 8BEN-DOJ-001368 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |

| US v. Bennett Exhibit # | Exhibit Description | Starting Bates # | Objection to Authenticity | Basis |
|---|---|---|---|---|
| GX-145 | 2002.04.19 Griffiths Expense Report | 8BEN-DOJ-001351 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-146 | 2001.05.14 Griffiths Expense Report | 8BEN-DOJ-001289 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-147 | 2001.05.27 Griffiths Expense Report | 8BEN-DOJ-001295 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-148 | 2002.06.17 Griffiths Expense Report | 8BEN-DOJ-001272 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-149 | 2002.07.05 Griffiths Expense Report | 8BEN-DOJ-001259 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-150 | 2002.07.18 Griffiths Expense Report | 8BEN-DOJ-001240 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-151 | 2002.08.16 Griffiths Expense Report | 8BEN-DOJ-001193 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-152 | 2002.08.26 Griffiths Expense Report | 8BEN-DOJ-001152 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-153 | 2002.08.30 Griffiths Expense Report | 8BEN-DOJ-001178 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |

| US v. Bennett Exhibit # | Exhibit Description | Starting Bates # | Objection to Authenticity | Basis |
|---|---|---|---|---|
| GX-154 | 2002.09.05 Griffiths Expense Report | 8BEN-DOJ-001147 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-155 | 2002.10.07 Griffiths Expense Report | 8BEN-DOJ-001115 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-156 | 2002.10.31 Griffiths Expense Report | 8BEN-DOJ-001087 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-157 | 2002.11.15 Griffiths Expense Report | 8BEN-DOJ-001066 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-158 | 2002.12.15 Griffiths Expense Report | 8BEN-DOJ-001040 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-159 | 2002.12.31 Griffiths Expense Report | 8BEN-DOJ-001022 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-160 | 2003.01.16 Griffiths Expense Report | 8BEN-DOJ-001776 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-161 | 2003.02.28 Griffiths Expense Report | 8BEN-DOJ-001746 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-162 | 2003.03.10 Griffiths Expense Report | 8BEN-DOJ-001712 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |

| US v. Bennett Exhibit # | Exhibit Description | **Starting** Bates # | Objection to Authenticity | Basis |
|---|---|---|---|---|
| GX-163 | 2003.03.14 Griffiths Expense Report | 8BEN-DOJ-001680 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-164 | 2003.03.28 Griffiths Expense Report | 8BEN-DOJ-001689 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-165 | 2002.04.08 Griffiths Expense Report | 8BEN-DOJ-001635 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-166 | 2003.04.16 Griffiths Expense Report | 8BEN-DOJ-001665 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-167 | 2003.05.02 Griffiths Expense Report | 8BEN-DOJ-001645 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-168 | 2003.05.15 Griffiths Expense Report | 8BEN-DOJ-001617 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-169 | 2003.06.02 Griffiths Expense Report | 8BEN-DOJ-001599 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-170 | 2003.07.07 Griffiths Expense Report | 8BEN-DOJ-001582 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-171 | 2003.07.21 Griffiths Expense Report | 8BEN-DOJ-001555 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |

| US v. Bennett Exhibit # | Exhibit Description | Starting Bates # | Objection to Authenticity | Basis |
|---|---|---|---|---|
| GX-172 | 2003.08.10 Griffiths Expense Report | 8BEN-DOJ-001536 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-173 | 2003.09.02 Griffiths Expense Report | 8BEN-DOJ-001504 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-174 | 2003.09.29 Griffiths Expense Report | 8BEN-DOJ-001442 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-175 | 2003.10.24 Griffiths Expense Report | 8BEN-DOJ-001386 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-176 | 2003.11.27 Griffiths Expense Report | 8BEN-DOJ-001413 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-177 | 2004.1.22 Griffiths Expense Report | 8BEN-DOJ-001930 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-178 | 2004.2.13 Griffiths Expense Report | 8BEN-DOJ-001861 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-179 | 2004.2.27 Griffiths Expense Report | 8BEN-DOJ-001792 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-180 | 2004.03.08 Griffiths Expense Report | 8BEN-DOJ-001831 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |

| US v. Bennett Exhibit # | Exhibit Description | Starting Bates # | Objection to Authenticity | Basis |
|---|---|---|---|---|
| GX-181 | 2004.3.22 Griffiths Expense Report | 8BEN-DOJ-001810 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-182 | 2004.4.19 Griffiths Expense Report | 8BEN-DOJ-001918 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-183 | 2004.4.29 Griffiths Expense Report | 8BEN-DOJ-001844 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-184 | 2004.05.17 Griffiths Expense Report | 8BEN-DOJ-001902 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-185 | 2004.06.24 Griffiths Expense Report | 8BEN-DOJ-001885 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-186 | 2004.07.27 Griffiths Expense Report | 8BEN-DOJ-001890 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-187 | 2004.10.31 Griffiths Expense Report | 8BEN-DOJ-001879 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-200 | Bennett Environmental, Inc. Employee Emails | TejparRedweld6-EMAIL-00004222 | Objection | Metadata is not sufficient; document not in original form. |
| GX-201 | Bennett Environmental, Inc. Employee Emails | TejparRedweld6-EMAIL-00029326 | Objection | Metadata is not sufficient; document not in original form. |
| GX-202 | Bennett Environmental, Inc. Employee Emails | BEN-25-DOJ-0031029 | Objection | Metadata is not sufficient; document not in original form. |

| US v. Bennett Exhibit # | Exhibit Description | __Starting__ Bates # | Objection to Authenticity | Basis |
|---|---|---|---|---|
| GX-203 | Bennett Environmental, Inc. Employee Emails | TejparRedweld3-Emai1-00016362 | Objection | Metadata is not sufficient; document not in original form. |
| GX-204 | Bennett Environmental, Inc. Employee Documents | Ben-25-DOJ-0014574 | Objection | Document not in original form (separated from original email); origin uncertain. |
| GX-205 | Bennett Environmental, Inc. Employee Emails | TejparRedweld6-EMAIL-00040001 | Objection | Metadata is not sufficient; document not in original form. |
| GX-206 | Bennett Environmental, Inc. Employee Emails | TejparRedweld6-EMAIL-00022ll7 | Objection | Metadata is not sufficient; document not in original form. |
| GX-207 | Bennett Environmental, Inc. Employee Emails | TejparRedweld6-EMAIL-00018386 | Objection | Metadata is not sufficient; document not in original form. |
| GX-208 | Robert Griffiths letter to Ken Paisley re: Pricing for Lagoon A | TejparBoxl-Edoc-00000959 | Objection | Unsigned draft of a letter, what document purports to be is uncertain. |
| GX-209 | Bennett Environmental, Inc. Employee Emails | Ben-25-DOJ-0031108 | Objection | Metadata is not sufficient; document not in original form. |
| GX-211 | Bennett Environmental, Inc. Employee Emails | Ben-25-DOJ-0031131 | Objection | Metadata is not sufficient; document not in original form. |
| GX-212 | Letter from Griffiths to McDonald re: Pricing for Lagoon A | Ben-25-DOJ-0002524 | Objection | Metadata is not sufficient; document not in original form. |
| GX-213 | Bennett Environmental, Inc. Employee Emails | TejparRedweld4-Email-00000008 | Objection | Metadata is not sufficient; document not in original form. |
| GX-214 | Bennett Environmental, Inc. Employee Emails | BEN-25-DOJ-0031179 | Objection | Metadata is not sufficient; document not in original form. |

| US v. Bennett Exhibit # | Exhibit Description | <u>Starting</u> Bates # | Objection to Authenticity | Basis |
|---|---|---|---|---|
| GX-215 | Bennett Environmental, Inc. Employee Emails | Ben-25-DOJ-0031183 | Objection | Metadata is not sufficient; document not in original form. |
| GX-216 | Bennett Environmental, Inc. Employee Emails | TejparRedweld6-EMAIL-00036960 | Objection | Metadata is not sufficient; document not in original form. |
| GX-217 | Bennett Environmental, Inc. Employee Emails | BEN-25-DOJ-0031328 | Objection | Metadata is not sufficient; document not in original form. |
| GX-218 | Bennett Environmental, Inc. Employee Emails | TejparRedweld6-EMAIL-00036964 | Objection | Metadata is not sufficient; document not in original form. |
| GX-219 | Bennett Environmental, Inc. Employee Emails | BEN-25-DOJ-0031200 | Objection | Metadata is not sufficient; document not in original form. |
| GX-220 | Bennett Environmental, Inc. Employee Emails | TejparRedweld6-EMAIL-00004150 | Objection | Metadata is not sufficient; document not in original form. |
| GX-221 | Bennett Environmental, Inc. Employee Emails | 2BEN-DOJ-000449 | Objection | Metadata is not sufficient; document not in original form. |
| GX-222 | Bennett Environmental, Inc. Employee Emails | 2BEN-DOJ-000450 | Objection | Metadata is not sufficient; document not in original form. |
| GX-223 | Bennett Environmental, Inc. Employee Emails | BEN-25-DOJ -0031329 | Objection | Metadata is not sufficient; document not in original form. |
| GX-224 | Bennett Environmental, Inc. Employee Emails | BEN-25-DOJ-0031203 | Objection | Metadata is not sufficient; document not in original form. |
| GX-225 | Bennett Environmental, Inc. Employee Emails | TejparRedweld4-Email-00000013 | Objection | Metadata is not sufficient; document not in original form. |
| GX-226 | Bennett Environmental, Inc. Employee Emails | BEN-25-DOJ-0034249 | Objection | Metadata is not sufficient; document not in original form. |
| GX-227 | Bennett Environmental, Inc. Employee Emails | Ben-25-DOJ-0031205 | Objection | Metadata is not sufficient; document not in original form. |

| US v. Bennett Exhibit # | Exhibit Description | **Starting** Bates # | Objection to Authenticity | Basis |
|---|---|---|---|---|
| GX-228 | Bennett Environmental, Inc. Employee Emails | TejparRedweld4-Email-00000002 | Objection | Metadata is not sufficient; document not in original form. |
| GX-229 | WO #2 Subcontractor Tracking Chart | BENEV03-DOJ-00000180 | Objection | What document purports to be is uncertain. |
| GX-230 | Bennett Environmental, Inc. Employee Documents | ZT00003 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-231 | Bennett Environmental, Inc. Employee Emails | BEN-25-DOJ-0021310 | Objection | Metadata is not sufficient; document not in original form. |
| GX-232 | Robert Griffiths' Summary of Activity | TejparRedweld4-Edoc-00000003 | Objection | Metadata is not sufficient; document not in original form. |
| GX-233 | Bennett Environmental, Inc. Employee Emails | TejparRedweld4-Email-00000006 | Objection | Metadata is not sufficient; document not in original form. |
| GX-234 | Bennett Environmental, Inc. Employee Emails | Ben-25-DOJ-0031236 | Objection | Metadata is not sufficient; document not in original form. |
| GX-235 | Bennett Environmental, Inc. Employee Emails | TejparRedweld4-Email-00000019 | Objection | Metadata is not sufficient; document not in original form. |
| GX-236 | Bennett Environmental, Inc. Employee Emails | TejparRedweld4-Email-00000014 | Objection | Metadata is not sufficient; document not in original form. |
| GX-237 | Fax from Carol Leung to RG re: Cruise receipt | 27BEN-DOJ-000001 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-238 | Bennett Environmental, Inc. Employee Emails | LEUNG-DOJ-0000051 | Objection | Metadata is not sufficient; document not in original form. |
| GX-239 | Bennett Environmental, Inc. Employee Emails | BEN-25-DOJ-0031256 | Objection | Metadata is not sufficient; document not in original form. |
| GX-240 | Bennett Environmental, Inc. Employee Emails | TejparRedweld4-Email-00000010 | Objection | Metadata is not sufficient; document not in original form. |

| US v. Bennett Exhibit # | Exhibit Description | __Starting__ Bates # | Objection to Authenticity | Basis |
|---|---|---|---|---|
| GX-241 | Bennett Environmental, Inc. Employee Emails | TejparRedweld4-Email-00000016 | Objection | Metadata is not sufficient; document not in original form. |
| GX-242 | Bennett Environmental, Inc. Employee Emails | BEN-25-DOJ-0031260 | Objection | Metadata is not sufficient; document not in original form. |
| GX-243 | Bennett Environmental, Inc. Employee Emails | TejparRedweld3-Email-00001790 | Objection | Metadata is not sufficient; document not in original form. |
| GX-244 | Bennett Environmental, Inc. Employee Emails | TejparRedweld6-EMAIL-00000952 | Objection | Metadata is not sufficient; document not in original form. |
| GX-246 | Bennett Environmental, Inc. Employee Emails | TejparRedweld4-Email-00000018 | Objection | Metadata is not sufficient; document not in original form. |
| GX-247 | Bennett Environmental, Inc. Employee Emails | TejparRedweld3-Email-00003944 | Objection | Metadata is not sufficient; document not in original form. |
| GX-248 | Bennett Environmental, Inc. Employee Emails | BEN-25-DOJ-0031359 | Objection | Metadata is not sufficient; document not in original form. |
| GX-249 | Bennett Environmental, Inc. Employee Emails | TejparRedweld6-EMAIL-00039370 | Objection | Metadata is not sufficient; document not in original form. |
| GX-250 | Bennett Environmental, Inc. Employee Emails | TejparRedweld6-EMAIL-00004339 | Objection | Metadata is not sufficient; document not in original form. |
| GX-251 | Bennett Environmental, Inc. Employee Emails | 17BEN-DOJ-000001 | Objection | Metadata is not sufficient; document not in original form. |
| GX-252 | Bennett Environmental, Inc. Employee Emails | BEN-25-DOJ-0031360 | Objection | Metadata is not sufficient; document not in original form. |
| GX-253 | Bennett Environmental, Inc. Employee Emails | TejparRedweld6-EMAIL-00030608 | Objection | Metadata is not sufficient; document not in original form. |
| GX-254 | Bennett Environmental, Inc. Employee Emails | BEN-25-DOJ-0040724 | Objection | Metadata is not sufficient; document not in original form. |
| GX-255 | Bennett Environmental, Inc. Employee Emails | BEN-25-DOJ-0031361 | Objection | Metadata is not sufficient; document not in original form. |
| GX-256 | Bennett Environmental, Inc. Employee Emails | TejparRedweld6-EMAIL-00013599 | Objection | Metadata is not sufficient; document not in original form. |

| US v. Bennett Exhibit # | Exhibit Description | Starting Bates # | Objection to Authenticity | Basis |
|---|---|---|---|---|
| GX-257 | BEI memo from RG to Giles Derry; Jean- Francois Landry re: Federal Creosote Disposal | BEN-25-DOJ-0000528 | Objection | What document purports to be is uncertain. |
| GX-258 | Bennett Environmental, Inc. Employee Emails | BEN-25-DOJ-0041135 | Objection | Metadata is not sufficient; document not in original form. |
| GX-259 | Bennett Environmental, Inc. Employee Emails | BEN-25-DOJ-0013847 | Objection | Metadata is not sufficient; document not in original form. |
| GX-260 | Bennett Environmental, Inc. Employee Emails | BEN-25-DOJ-0041251 | Objection | Metadata is not sufficient; document not in original form. |
| GX-261 | Bennett Environmental, Inc. Employee Emails | BEN-25-DOJ-0041249 | Objection | Metadata is not sufficient; document not in original form. |
| GX-262 | Bennett Environmental, Inc. Employee Emails | TejparRedweld6-EMAIL-00005636 | Objection | Metadata is not sufficient; document not in original form. |
| GX-263 | Bennett Environmental, Inc. Employee Emails | Ben-25-DOJ-0041281 | Objection | Metadata is not sufficient; document not in original form. |
| GX-264 | Bennett Environmental, Inc. Employee Emails | BEN-25-DOJ-0041283 | Objection | Metadata is not sufficient; document not in original form. |
| GX-265 | Bennett Environmental, Inc. Employee Emails | BEN-25-DOJ-0041321 | Objection | Metadata is not sufficient; document not in original form. |
| GX-266 | Bennett Environmental, Inc. Employee Emails | BEN-25-DOJ-0041474 | Objection | The attachment is missing. Metadata is not sufficient; document not in original form. |
| GX-267 | Bennett Environmental, Inc. Employee Documents | BEN-25-DOJ-0000527 | Objection | Metadata is not sufficient; document not in original form. |
| GX-268 | Bennett Environmental, Inc. Employee Emails | BEN-25-DOJ-0041721 | Objection | Metadata is not sufficient; document not in original form. |
| GX-269 | Bennett Environmental, Inc. Employee Emails | TejparRedweld6-EMAIL-00005726 | Objection | Metadata is not sufficient; document not in original form. |
| GX-270 | Bennett Environmental, Inc. Employee Emails | BEN-25-DOJ-0041912  · | Objection | Metadata is not sufficient; document not in original form. |

| US v. Bennett Exhibit # | Exhibit Description | Starting Bates # | Objection to Authenticity | Basis |
|---|---|---|---|---|
| GX-271 | Bennett Environmental, Inc. Employee Emails | Ben-25-DOJ-0014006 | Objection | Metadata is not sufficient; document not in original form. |
| GX-272 | Bennett Environmental, Inc. Employee Emails | Ben-25-DOJ-0042221 | Objection | Metadata is not sufficient; document not in original form. |
| GX-273 | Bennett Environ1ental, Inc. Employee Emails | BEN-25-DOJ-0035666 | Objection | Metadata is not sufficient; document not in original form. |
| GX-274 | Bennett Environmental, Inc. Employee Emails | Ben-25-DOJ-0031410 | Objection | Metadata is not sufficient; document not in original form. |
| GX-275 | Bennett Environmental , Inc. Employee Emails | BEN-25-DOJ-0042944 | Objection | Metadata is not sufficient; document not in original form. |
| GX-276 | Bennett Environmental, Inc. Employee Emails | BEN-25-DOJ-0042985 | Objection | Metadata is not sufficient; document not in original form. |
| GX-277 | Bennett Environmental, Inc. Employee Emails | TejparRedweld6-EMAIL-00005817 | Objection | Metadata is not sufficient; document not in original form. |
| GX-278 | Bennett Environmental, Inc. Employee Emails | 2BEN-DOJ-000454 | Objection | Metadata is not sufficient; document not in original form. |
| GX-279 | Bennett Environ1ental, Inc. Employee Emails | BEN-25-DOJ-0043329 | Objection | Metadata is not sufficient; document not in original form. |
| GX-280 | Bennett Environ1ental, Inc. Employee Emails | TejparRedweld6-EMAIL-00005431 | Objection | Metadata is not sufficient; document not in original form. |
| GX-281 | Bennett Environ1ental, Inc. Employee Emails | BEN-25-DOJ-0043497 | Objection | Metadata is not sufficient; document not in original form. |
| GX-282 | Bennett Environmental, Inc. Employee Emails | BEN-25-DOJ-0043494 | Objection | Metadata is not sufficient; document not in original form. |
| GX-283 | Bennett Environmental, Inc. Employee Emails | BEN-25-DOJ-0043667 | Objection | Metadata is not sufficient; document not in original form. |
| GX-284 | Bennett Environmental, Inc. Employee Emails | 2BEN-DOJ-000464 | Objection | Metadata is not sufficient; document not in original form. |
| GX-285 | Bennett Environ1ental, Inc. Employee Emails | 2BEN-DOJ-000465 | Objection | Metadata is not sufficient; document not in original form. |

| US v. Bennett Exhibit # | Exhibit Description | **Starting** Bates # | Objection to Authenticity | Basis |
|---|---|---|---|---|
| GX-286 | Bennett Environmental, Inc. Employee Emails | Ben-25-DOJ-0043941 | Objection | Metadata is not sufficient; document not in original form. |
| GX-287 | Bennett Environmental, Inc. Employee Emails | BEN-25-DOJ-0043983 | Objection | Metadata is not sufficient; document not in original form. |
| GX-288 | Bennett Environmental, Inc. Employee Emails | BEN-25-DOJ-0044077 | Objection | Metadata is not sufficient; document not in original form. |
| GX-289 | Bennett Environmental, Inc. Employee Emails | BEN-25-DOJ-0044227 | Objection | Metadata is not sufficient; document not in original form. |
| GX-290 | Bennett Environmental, Inc. Employee Emails | BEN-25-DOJ-0044231 | Objection | Metadata is not sufficient; document not in original form. |
| GX-291 | May 2003 Bennett Environmental, Inc. Board of Directors Minutes | BEN-25-DOJ-0023126 | No objection | |
| GX-292 | Bennett Environmental, Inc. Employee Emails | BEN-25-DOJ-0044271 | Objection | Metadata is not sufficient; document not in original form. |
| GX-293 | Bennett Environmental, Inc. Employee Emails | BEN-25-DOJ-0044291 | Objection | Metadata is not sufficient; document not in original form. |
| GX-294 | Bennett Environn1ental, Inc. Employee Emails | BEN-25-DOJ-0044355 | Objection | Metadata is not sufficient; document not in original form. |
| GX-295 | Bennett Environn1ental, Inc. Press release | Ben-25-DOJ-0023121 | Objection | Metadata is not sufficient; document not in original form. |
| GX-296 | Bennett Environmental, Inc. Employee Emails | BEN-25-DOJ-0044408 | Objection | Metadata is not sufficient; document not in original form. |
| GX-297 | Bennett Environmental, Inc. Employee Emails | BEN-25-DOJ-0044421 | Objection | Metadata is not sufficient; document not in original form. |
| GX-298 | Bennett Environn1ental, Inc. Employee Emails | BEN-25-DOJ-0044430 | Objection | Metadata is not sufficient; document not in original form. |
| GX-299 | Bennett Environmental, Inc. Employee Emails | Ben-25-DOJ-0044452 | Objection | Metadata is not sufficient; document not in original form. |
| GX-300 | Bennett Environmental, Inc. Employee Emails | Ben-25-DOJ-0014701 | Objection | Metadata is not sufficient; document not in original form. |

| US v. Bennett Exhibit # | Exhibit Description | Starting Bates # | Objection to Authenticity | Basis |
|---|---|---|---|---|
| GX-301 | Bennett Environmental, Inc. Employee Emails | Ben-25-DOJ-0044470 | Objection | Metadata is not sufficient; document not in original form. |
| GX-302 | Bennett Environmental, Inc. Employee Emails | BEN-25-DOJ-0044486 | Objection | Metadata is not sufficient; document not in original form. |
| GX-303 | Bennett Environment al, Inc. Employee Emails | BEN-25-DOJ-0021436 | Objection | Metadata is not sufficient; document not in original form. |
| GX-304 | Bennett Environmental , Inc. Employee Emails | BEN-25-DOJ - 0044681 | Objection | Metadata is not sufficient; document not in original form. |
| GX-305 | Bennett Environmental , Inc. Employee Emails | BEN-25-DOJ-0044823 | Objection | Metadata is not sufficient; document not in original form. |
| GX-306 | Bennett Environmental , Inc. Employee Emails | BEN-25-DOJ-0044921 | Objection | Metadata is not sufficient; document not in original form. |
| GX-307 | Bennett Environmental , Inc. Employee Emails | BEN-25-DOJ-0045025 | Objection | Metadata is not sufficient; document not in original form. |
| GX-308 | Bennett Environmental, Inc. Employee Emails | BEN-25-DOJ - 0045060 | Objection | Metadata is not sufficient; document not in original form. |
| GX-309 | Bennett Environn1ental , Inc. Employee Emails | BEN-25-DOJ-0045097 | Objection | Metadata is not sufficient; document not in original form. |
| GX-310 | Bennett Environmental , Inc. Employee Emails | BEN-25-DOJ-0045101 | Objection | Metadata is not sufficient; document not in original form. |
| GX-311 | Bennett Environmental, Inc. Employee Emails | Ben-25-DOJ-0045205 | Objection | Metadata is not sufficient; document not in original form. |
| GX-312 | Bennett Environment al, Inc. Employee Emails | BEN-25-DOJ-0021465 | Objection | Metadata is not sufficient; document not in original form. |
| GX-313 | Bennett Environment al, Inc. Employee Emails | BEN-25-DOJ-0045252 | Objection | Metadata is not sufficient; document not in original form. |
| GX-314 | Bennett Environment al, Inc. Employee Emails | BEI0107501 | Objection | Metadata is not sufficient; document not in original form. |
| GX-315 | Bennett Environmental , Inc. Employee Emails | BEN-25-DOJ-0025088 | Objection | Metadata is not sufficient; document not in original form. |

| US v. Bennett Exhibit # | Exhibit Description | <u>Starting</u> Bates # | Objection to Authenticity | Basis |
|---|---|---|---|---|
| GX-316 | Bennett Environmental , Inc. Employee Emails | BEN-25-DOJ - 0045309 | Objection | Metadata is not sufficient; document not in original form. |
| GX-317 | Bennett Environmental , Inc. Employee Emails | BEN-25-DOJ- 0031429 | Objection | Metadata is not sufficient; document not in original form. |
| GX-318 | Bennett Environmental , Inc. Employee Emails | BEN-25-DOJ- 0045618 | Objection | Metadata is not sufficient; document not in original form. |
| GX-319 | Bennett Environmental, Inc. Employee Emails | BEN-25-DOJ- 0045613 | Objection | Metadata is not sufficient; document not in original form. |
| GX-320 | Bennett Environmental , Inc. Employee Emails | BEN-25-DOJ- 0045622 | Objection | Metadata is not sufficient; document not in original form. |
| GX-321 | Bennett Environmental , Inc. Employee Emails | 2BEN-DOJ- 000386 | Objection | Metadata is not sufficient; document not in original form. |
| GX-322 | Bennett Environment al, Inc. Employee Emails | Ben-25-DOJ- 0045803 | Objection | Metadata is not sufficient; document not in original form. |
| GX-323 | Bennett Environmental , Inc. Employee Emails | BEN-25-DOJ- 0045804 | Objection | Metadata is not sufficient; document not in original form. |
| GX-324 | Bennett Environmental , Inc. Employee Emails | BEN-25-DOJ - 0021473 | Objection | Metadata is not sufficient; document not in original form. |
| GX-325 | 8/25/03 Letter from Appleton to USACE re: IFB | 2BEN-DOJ- 000219 | No objection | |
| GX-326 | 914103 USACE Letter to Bennett Environmental | BENRedweld2D- DOJ-00000004 | No objection | |
| GX-327 | Bennett Environmental , Inc. Employee Emails | BEN-25-DOJ- 0015438 | Objection | Metadata is not sufficient; document not in original form. |
| GX-328 | Sevenson Environmental Letter to Bennett Environmental re: ID/IQ RFP for Subtitle C | 2BEN-DOJ- 000246 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-329 | Bennett Environmental, Inc. Employee Emails | BEN-25-DOJ- 0046975 | Objection | Metadata is not sufficient; document not in original form. |
| GX-330 | Bennett Environmental , Inc. Employee Emails | BEN-25-DOJ- 0046993 | Objection | Metadata is not sufficient; document not in original form. |

| US v. Bennett Exhibit # | Exhibit Description | Starting Bates # | Objection to Authenticity | Basis |
|---|---|---|---|---|
| GX-331 | Bennett Environment al, Inc. Employee Emails | BEN-25-DOJ-0047193 | Objection | Metadata is not sufficient; document not in original form. |
| GX-332 | Bennett Environmental, Inc. Employee Emails | BEN-25-DOJ-0034581 | Objection | Metadata is not sufficient; document not in original form. |
| GX-333 | Bennett Environmental , Inc. Employee Emails | BEN-25-DOJ-0047684 | Objection | Metadata is not sufficient; document not in original form. |
| GX-334 | Bennett Environmental al, Inc. Employee Emails | 2Ben-DOJ-000552 | Objection | Metadata is not sufficient; document not in original form. |
| GX-335 | Bennett Environmental, Inc. Employee Emails | 2BEN-DOJ-000432 | Objection | Metadata is not sufficient; document not in original form. |
| GX-336 | Bennett Environmental, Inc. Employee Emails | 2BEN-DOJ-000434 | Objection | Metadata is not sufficient; document not in original form. |
| GX-337 | Bennett Environmental , Inc. Employee Emails | BEN-25-DOJ-0047828 | Objection | Metadata is not sufficient; document not in original form. |
| GX-338 | Bennett Environmental, Inc. Employee Emails | BEN-25-DOJ-0049173 | Objection | Metadata is not sufficient; document not in original form. |
| GX-339 | Bennett Environmental, Inc. Employee Emails | Ben-25-DOJ-0018114 | Objection | Metadata is not sufficient; document not in original form. |
| GX-340 | Bennett Environmental , Inc. Employee Emails | BEN-25-DOJ-0050298 | Objection | Metadata is not sufficient; document not in original form. |
| GX-341 | Bennett Environmental, Inc. Employee Emails | BEI0044749 | Objection | Metadata is not sufficient; document not in original form. |
| GX-342 | Bennett Environmental, Inc. Employee Emails | TejparRedweld6-EMAIL-00081015 | Objection | Metadata is not sufficient; document not in original form. |
| GX-343 | Invoice re: prescriptions | 2BEN-DOJ-000671 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-344 | Bennett Environmental, Inc. Employee Emails | 22BEN-DOJ-000011 | Objection | Metadata is not sufficient; document not in original form. |

| US v. Bennett Exhibit # | Exhibit Description | <u>Starting</u> Bates # | Objection to Authenticity | Basis |
|---|---|---|---|---|
| GX-345 | DCP Technical Services Invoice to GMEC, Inc. | DOJ-GMEC-000000001 | Objection | What document purports to be is uncertain. |
| GX-346 | DCP Technical Services Invoice to GMEC, Inc. | DOJ-GMEC-000000002 | Objection | What document purports to be is uncertain. |
| GX-347 | Handwritten Notes | 9ben-DOJ-000013 | Objection | What document purports to be is uncertain. |
| GX-348 | Tejpar's Original Day Planner | TejparRedweld2-DOJ-0000000I | No objection, subject to stipulation we are working out with the government. | |
| GX-349 | Bennett Environmental Phone Directory | BEN-25-DOJ-0013299 | No objection | |
| GX-350 | Robert Griffiths Employment Agreement | BENBox06-DOJ-00000481 | No objection | |
| GX-401 | John Bennett Arbitration Transcript | 12BEN-DOJ-000061 | No objection | |
| GX-402 | Zul Tejpar's Plea Agreement | BENEV03-DOJ-0001306 | No objection | |
| GX-403 | Robert Griffiths' Plea Agreement | BENEV03-DOJ-0001364 | No objection | |
| GX 667 | 2002/06/01 - 2002/06/28 GMEC Inc. Wachovia Statement and Checks | DOJ-W ACH-000000436 | No objection | |
| GX-669 | 2002/08/01 - 2002/08/30 GMEC Inc. Wachovia Statement and Checks | DOJ-WACH-000000446 | No objection | |
| GX-672 | 2002/11/01 - 2002/11/29 GMEC Inc. Wachovia Statement and Checks | DOJ-WACH-000000483 | No objection | |
| GX-674 | 2003/01/01 - 2002/0 l/31 GMEC Inc. Wachovia Statement and Checks | DOJ-WACH-000000506 | No objection | |
| GX-676 | 2003/03/01 - 2003/03/31 GMEC Inc. Wachovia Statement and Checks | DOJ-WACH-000000526 | No objection | |

| US v. Bennett Exhibit # | Exhibit Description | Starting Bates # | Objection to Authenticity | Basis |
|---|---|---|---|---|
| GX-677 | 2003/04/01 - 2003/04/30 GMEC Inc. Wachovia Statement and Checks | DOJ-WACH-000000541 | No objection | |
| GX-679 | 2003/05/31 – 2003/6/30 GMEC Inc. Wachovia Statement and Checks | DOJ-WACH-000000570 | No objection | |
| GX-680 | 2003/07/01 - 2003/07/31 GMEC Inc. Wachovia Statement and Checks | DOJ-WACH-000000575 | No objection | |
| GX-681 | 2003/08/01 - 2003/08/29 GMEC Inc. Wachovia Statement and Checks | DOJ-WACH-000000586 | No objection | |
| GX-683 | 2003/10/01 - 2003/10/31 GMEC Inc. Wachovia Statement and Checks | DOJ-WACH-000000621 | No objection | |
| GX-687 | 2004/1/31-2004/02/27 GMEC Inc. Wachovia Statement and Checks | DOJ-WACH-000000674 | No objection | |
| GX-689 | 2004/04/01 – 2004/4/30 GMEC Inc. Wachovia Statement and Checks | DOJ-WACH-000000694 | No objection | |
| GX-711a | Bennett Environmental check signed by John Bennett | BENEV08-DOJ-00001188-89 | No objection | |
| GX-781a | Bennett Environmental check signed by John Bennett | BENEV08-DOJ-00004103-04 | Objection | No objection to authenticity of check; objection to authenticity of signature. |
| GX-800 | Bennett Environmental Check | BENEVll-DOJ-00000031 | No objection | |
| GX 801 | Bennett Environmental Check | BENEV11-DOJ-00000033 | No objection | |
| GX 802 | Bennett Environmental Check | BENEV11-DOJ-00000035 | No objection | |
| GX 803 | Bennett Environmental Check | BENEV11-DOJ-00000041 | No objection | |
| GX 804 | Bennett Environmental Check | BENEV11-DOJ-00000037 | No objection | |
| GX 805 | Bennett Environmental Check | BENEVl1-DOJ-00000039 | No objection | |

| US v. Bennett Exhibit # | Exhibit Description | Starting Bates # | Objection to Authenticity | Basis |
|---|---|---|---|---|
| GX 806 | Bennett Environmental Check | BENEV11-DOJ-00000043 | No objection | |
| GX 807 | Bennett Environmental Check | BENEV11-DOJ-00000045 | No objection | |
| GX 808 | Bennett Environmental Check | BENEV11-DOJ-00000047 | No objection | |
| GX 809 | Bennett Environmental Check | BENEV11-DOJ-00000049 | No objection | |
| GX 810 | Bennett Environmental Check | BENEV11-DOJ-00000051 | Objection | No objection to authenticity of check; objection to authenticity of signature. |
| GX 811 | Credit card statement for John Bennett | 8BEN-DOJ-000610 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX 812 | Bennett Environmental Check | BENEV08-DOJ-00004480 | No objection | |
| GX 813 | Bennett Environmental Check | BENEV08-DOJ-00001372 | No objection | |
| GX 814 | Bennett Environmental Check | BENEV11-DOJ-00000079 | No objection | |
| GX 815 | Bennett Environmental Check | BENEV08-DOJ-00001536 | No objection | |
| GX 816 | Bennett Environmental Check | BENEV08-DOJ-000047008 | No objection | |
| GX 817 | Bennett Environmental Check | BENEV08-DOJ-00005013 | No objection | |
| GX 818 | Bennett Environmental Check | BENEV11-DOJ-00000027 | No objection | |
| GX 901 | Gordon McDonald's Cingular Wireless Cellphone Statements | DOJ-ATT-00000001 | No objection | |
| GX 902 | AT&T Phone Records for Gordon McDonald | ATTBoxl-DOJ-00000001 | No objection | |
| GX 904 | Rogers Phone Bills for Bennett Environmental | 23BEN-DOJ-000001 | No objection | |

| US v. Bennett Exhibit # | Exhibit Description | Starting Bates # | Objection to Authenticity | Basis |
|---|---|---|---|---|
| GX 905 | Rogers Phone Bills for Bennett Environmental | 20BEN-DOJ-000014 | No objection | |
| GX 906 | Rogers Phone Bills for Bennett Environmental | 6BEN-DOJ-000211 | No objection | |
| GX 907 | Rogers Phone Bills for Robert Griffiths | 20BEN-DOJ-000027 | No objection | |
| GX 908 | Rogers Phone Bills for Robert Griffiths | 6BEN-DOJ-001628 | No objection | |
| GX-909 | Fido Phone Bills for Robert Griffiths | 20BEN-DOJ-000599 | No objection | |
| GX-910 | Bell Mobility Phone Bills for Robert Griffiths | 6BEN-DOJ-001626 | No objection | |
| GX-911 | Bell Mobility Phone Bills for Robert Griffiths | 6BEN-DOJ-001632 | No objection | |
| GX-912 | Bell Mobility Phone Bills for Robert Griffiths | 20BEN-DOJ-000049 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-913 | Bell Mobility Phone Bills for Robert Griffiths | 20BEN-DOJ-000590 | No objection | |
| GX-914 | Bell Mobility Phone Bills for Bennett Environmental | 6BEN-DOJ-000059 | No objection | |
| GX-915 | Sun Telecom Group Phone Bills | 6BEN-DOJ-001175 | No objection | |
| GX-916 | Sun Telecom Group Phone Bills | 6BEN-DOJ-001674 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-917 | Sprint Canada Phone Bills for Bennett Environmental | 6BEN-DOJ-000353 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |

Case 2:09-cr-00656-SDW   Document 289   Filed 02/08/16   Page 28 of 28 PageID: 4168

| US v. Bennett Exhibit # | Exhibit Description | Starting Bates # | Objection to Authenticity | Basis |
|---|---|---|---|---|
| GX-918 | Group Telecom Phone Bills for Bennett Environmental | 20BEN-DOJ-000075 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-919 | Group Telecom Phone Bills for Bennett Environmental | 6BEN-DOJ-000827 | Objection | Document contains unidentified handwritten notes: document cannot be identified without witness testimony. |
| GX-975 | Stock Holding Information | DOJ-PDOC-00000001 | No objection | |
| GX-976 | Bennett Environmental Stock Price Information | DOJ-PDOC-00000006 | Objection | Unable to confirm accuracy of data. |
| GX-990 | FRE 1006 Summary Chart of Bennett Environmental Payments to GMEC | TRIALC-ATR-00000001 | No objection | |
| GX-991 | FRE 1006 Summary Chart of Phone Calls Between John Bennett and Gordon McDonald | TRIALC-ATR-00000002 | Objection | Unable to confirm entries in chart, further supporting evidence required. |