```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

**MINUTES OF PROCEEDINGS**

NEWARK                                    DATE: February 10, 2016

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Carmen D. Soto

Title of Case:                            Docket# 09-CR-656-2

U.S.A. v. JOHN A. BENNETT


**Appearances**:
Helen Christodoulou, AUSA for Govt
Daniel Marc Tracer, AUSA for Govt
Mikhail Z. Vanyo, AUSA for Govt
Richard F. Albert, Esq. for Dft
Jacob Mermelstein, Esq. for Deft
Robert J. Anello, Esq. for Deft
Jocelyn J. Kaoutzanis, Esq. for Deft
Peter Janowski, Esq. for Deft

Nature of Proceeding:    **TRIAL CONFERENCE**

Dft present;
Trial conference held with all counsel;
Motions in limine to be address at conclusion of jury selection.


Time Commenced 10:50 a.m.
Time Adjourned 11:25 a.m.

cc: chambers                              Carmen D. Soto
                                          Deputy Clerk