# Morvillo Abramowitz Grand Iason & Anello P. C.

| | | |
|---|---|---|
| ELKAN ABRAMOWITZ<br>RICHARD F. ALBERT<br>ROBERT J. ANELLO*<br>LAWRENCE S. BADER<br>BENJAMIN S. FISCHER<br>CATHERINE M. FOTI<br>PAUL R. GRAND<br>LAWRENCE IASON<br>BRIAN A. JACOBS<br>JUDITH L. MOGUL<br>JODI MISHER PEIKIN<br>ROBERT M. RADICK*<br>JONATHAN S. SACK**<br>EDWARD M. SPIRO<br>JEREMY H. TEMKIN<br>RICHARD D. WEINBERG | 565 FIFTH AVENUE<br>NEW YORK, NEW YORK 10017<br>(212) 856-9600<br>FAX: (212) 856-9494<br><br>www.maglaw.com<br><br>WRITER'S CONTACT INFORMATION<br><br>(212) 880-9560<br>ralbert@maglaw.com | COUNSEL<br>JASMINE JUTEAU<br><br>ROBERT G. MORVILLO<br>1938-2011<br>MICHAEL C. SILBERBERG<br>1940-2002<br>JOHN J. TIGUE, JR.<br>1939-2009<br><br>*ALSO ADMITTED IN WASHINGTON, D.C.<br>**ALSO ADMITTED IN CONNECTICUT |

February 19, 2016

**BY ECF**

The Honorable Susan D. Wigenton
United States District Judge
Martin Luther King Building
& United States Courthouse
50 Walnut Street
Newark, NJ 07101

   Re:   United States v. John A. Bennett, No. 09 Cr. 656 (SDW)

Dear Judge Wigenton:

   I write to revisit an issue with the Court regarding the language used to refer to the soil switch payments. We would like to briefly address the Court before openings regarding whether the soil switch payments should properly be referred to as kickbacks or whether doing so will cause confusion because they are not charged as kickbacks in the indictment. We have also informed the government of our intention to raise this issue.

                              Respectfully,

                              Richard F. Albert

   cc:   Helen Christodoulou, Esq. (via email)
         Mikhail Vanyo, Esq. (via email)
         Daniel Tracer, Esq. (via email)