UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

NEWARK                                              DATE: February 18, 2016

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Carmen D. Soto

Title of Case:                                      Docket# 09-656-02

U.S.A. v. JOHN A. BENNETT

**Appearances**:
Helen Christodoulou, AUSA for Gov't
Daniel Tracer, AUSA for Gov't
Mikhail Vanyo, AUSA for Gov't
Robert J. Anello, Esq. for Deft
Richard F. Albert, Esq. For Deft
Jocelyn Joan Courtney Kaoutzanis, Esq. For Deft
Jacob W. Mermelstein, Esq. For Deft


Nature of Proceeding:   **MOTION HEARING/PRETRIAL CONFERENCE**

Hearing held on Govt's motions in limine [Dkt. #280, 285];
Ordered motion #280 granted in part; denied in part; reserved in part;
Ordered motion #285 granted;
Hearing held on Dft's motion in limine [Dkt. #281];
Ordered motion #281 decision reserved.
Order to be signed.




Time Commenced 10:30 a.m.
Time Adjourned 12:30 p.m.
Total time: 2 hrs
cc: chambers                                        Carmen D. Soto
                                                    Deputy Clerk