UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

NEWARK                                          DATE: February 22, 2016

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Carmen D. Soto

Title of Case:                        Docket# 09-CR-656-02

U.S.A. v. JOHN A. BENNETT

**Appearances**:
Helen Christodoulou, AUSA for Gov't
Daniel Tracer, AUSA for Gov't
Mikhail Vanyo, AUSA for Gov't
Robert J. Anello, Esq. for Deft
Richard F. Albert, Esq. For Deft
Jocelyn Joan Courtney Kaoutzanis, Esq. For Deft
Jacob W. Mermelstein, Esq. For Deft

Nature of Proceeding:   **JURY TRIAL**

Trial with jury continued at 9:35 a.m.  Deft. Present

Juror #6 excused.

Jury sworn.

Preliminary jury instructions given.

    Helen Christodoulou, AUSA     Opened for Gov't.
    Richard F. Albert, Esq.       Opened for Deft

    Richard Puvogel               Sworn for the Gov't.
    Robert Griffiths              Sworn for the Gov't

Stipulation read into the record.

Trial with jury adjourned at 2:35 p.m. until 2/23/16 at 9:30 a.m.

Time Commenced 9:35 a.m.
Time Adjourned 2:35 p.m.
Total time: 5 hrs.

cc: chambers                              Carmen D. Soto
                                          Deputy Clerk