```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

**MINUTES OF PROCEEDINGS**

NEWARK                                          DATE: March 7, 2016

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Carmen D. Soto

Title of Case:                          Docket# 09-CR-656-02

U.S.A. v. JOHN A. BENNETT

**Appearances**:
Helen Christodoulou, AUSA for Gov't
Daniel Tracer, AUSA for Gov't
Mikhail Vanyo, AUSA for Gov't
Robert J. Anello, Esq. for Deft
Richard F. Albert, Esq. For Deft
Jocelyn Joan Courtney Kaoutzanis, Esq. For Deft
Jacob W. Mermelstein, Esq. For Deft

Nature of Proceeding:  **JURY TRIAL**

Trial with jury continued at 9:35 a.m.  Deft. Present

```
        Sonia Shoukry         Continues under oath
        Spencer Wetter        Sworn for the Dft.
        Paul Brezinski        Sworn for the Dft.
        John Bennett          Sworn for the Dft.
```

Jury excused.


Trial with jury adjourned at 2:35 p.m. until 3/8/16 at 9:30 a.m.


Time Commenced 9:35 a.m.
Time Adjourned 2:35 p.m.
Total time: 5 hrs.

cc: chambers                              Carmen D. Soto
                                          Deputy Clerk