UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

NEWARK                                          DATE: March 8, 2016

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Carmen D. Soto

Title of Case:                              Docket# 09-CR-656-02

U.S.A. v. JOHN A. BENNETT

**Appearances**:
Helen Christodoulou, AUSA for Gov't
Daniel Tracer, AUSA for Gov't
Mikhail Vanyo, AUSA for Gov't
Robert J. Anello, Esq. for Deft
Richard F. Albert, Esq. For Deft
Jocelyn Joan Courtney Kaoutzanis, Esq. For Deft
Jacob W. Mermelstein, Esq. For Deft

Nature of Proceeding:   **JURY TRIAL**

Trial with jury continued at 9:35 a.m.  Deft. Present

          John Bennett    Continued under oath

Jury excused.


Trial with jury adjourned at 2:35 p.m. until 3/9/16 at 9:30 a.m.


Time Commenced 9:35 a.m.
Time Adjourned 2:35 p.m.
Total time: 5 hrs.

cc: chambers                                Carmen D. Soto
                                            Deputy Clerk