UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

NEWARK                                              DATE: March 16, 2016

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Carmen D. Soto

Title of Case:                                      Docket# 09-CR-656-02

U.S.A. v. JOHN A. BENNETT

**Appearances**:
Helen Christodoulou, AUSA for Gov't
Daniel Tracer, AUSA for Gov't
Mikhail Vanyo, AUSA for Gov't
Robert J. Anello, Esq. for Deft
Richard F. Albert, Esq. For Deft
Jocelyn Joan Courtney Kaoutzanis, Esq. For Deft
Jacob W. Mermelstein, Esq. For Deft

Nature of Proceeding: **JURY TRIAL**

Trial with jury continued at 9:30 a.m.   Deft. Present

Jury deliberations begun at 9:30 a.m.

Lunch ordered from Hobby's, Newark, NJ for 12 jurors.

Jury returned to courtroom at 4:05 p.m. with verdict.

Verdict: Guilty on Counts One and Two.

Jury polled and all jurors concurred with the verdict as rendered by their foreperson.

Jury communications 1 through 4 filed.

Exhibit and Witness lists filed.

Verdict sheet filed.

Ordered dft to surrender at 2:00 p.m. on March 17, 2016.

Order to be signed.

Sentence date: 6/27/16 at 10:30 a.m.

Jury trial concluded.

Time Commenced 9:30 a.m.
Time Adjourned 4:30 p.m.

Total time: <u>7 hrs.</u>

cc: chambers <u>Carmen D. Soto</u>
Deputy Clerk