# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) |
| v. | ) Case No. 09 Cr. 656-02 (SDW) |
| JOHN A. BENNETT | ) |
| Defendant | ) |

## NOTICE OF APPEAL

Notice is hereby given that defendant John A. Bennett in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from an order revoking bail and ordering the defendant to surrender to the custody of the United States Marshals Service at 2:00 p.m. today. This order was entered in this action on March 16, 2016 following the defendant's conviction after a jury trial.

Date: March 17, 2016

MORVILLO ABRAMOWITZ GRAND IASON
& ANELLO P.C.

_____
Robert J. Anello, Esq.
Richard F. Albert, Esq.
Jacob W. Mermelstein, Esq.
Jocelyn Courtney Kaoutzanis, Esq.
565 Fifth Avenue
New York, NY 10017
jmermelstein@maglaw.com
212-880-9445

*Attorneys for John A. Bennett*