UNITED STATES DISTRICT COURT
DISTRICT of NEW JERSEY

UNITED STATES OF AMERICA          CR. 09-656-02

                                  Jury Communication # 1
        -v-

JOHN A. BENNETT

Can we have an easel and a marker Please.

Absolutely. We'll send it in.
Thank you!

DATE: Wed. Mar. 16, 2016          TIME: 10 05
FOREPERSON: