UNITED STATES DISTRICT COURT
DISTRICT of NEW JERSEY

UNITED STATES OF AMERICA              CR. 09-656-02

                                      Jury Communication # 2

        -v-

JOHN A. BENNETT

Can we have tape and thumb tacks please.

DATE: Wed. Mar 16. 2016         TIME: 11  15

FOREPERSON: