UNITED STATES DISTRICT COURT
DISTRICT of NEW JERSEY


UNITED STATES OF AMERICA

                    -v-


JOHN A. BENNETT

CR. 09-656-02

Jury Communication # 3

Can we have The transcripts for The summations for both The defense and The prosecution Please.

---

Unfortunately, because the summations are <u>not</u> evidence, we can not provide them to you. We would be happy to provide transcripts of any testimony however. Thank you.

SDW

DATE: Wed. Mar 16. 2016          TIME: 11 55

FOREPERSON: _____