UNITED STATES DISTRICT COURT
DISTRICT of NEW JERSEY

UNITED STATES OF AMERICA          CR. 09-656-02

                                  Jury Communication # 4

    -v-

JOHN A. BENNETT

We've Reached a verdict

DATE: Wed. Mar. 16, 2016          TIME: 4:00

FOREPERSON: