UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| | : | U.S. District Judge |
| v. | : | |
| | : | |
| JOHN A. BENNETT, | : | Criminal No. 09-656 |
| | : | |
| Defendant. | : | |

---

## VERDICT FORM

### COUNT ONE

1. How do you find the defendant JOHN BENNETT with respect to Count One (conspiracy to commit major fraud against the United States, wire fraud, or kickbacks)?

    Guilty __✓__          Not Guilty _____

2. Only if you find the defendant JOHN BENNETT guilty of the offense charged in Count One, please indicate which of the following were the objects of the conspiracy upon which you agree unanimously? (you may check more than one object)

    Kickbacks to a Prime Contractor __✓__

    Major Fraud against the United States __✓__

    Wire Fraud _____

1

## COUNT TWO

3. How do you find defendant JOHN BENNETT with respect to Count Two (major fraud against the United States)?

   Guilty ✓          Not Guilty _____

Signed: _____

Dated: Wed March 16, 2016

2