UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

March 17, 2016
ECO-019-E

No. 16-1581

UNITED STATES OF AMERICA

v.

JOHN A. BENNETT,
Appellant

(D.N.J. No. 2-09-cr-00656-002)

Present: HARDIMAN, Circuit Judge

1. Emergency Motion filed by Appellant John A. Bennett to Stay the Surrender Date Pending an Appeal of Denial of Bail;

2. Response filed by Appellee USA to Motion to Stay the Surrender Date Pending an Appeal of Denial of Bail.

Respectfully,
Clerk/JK

_____ORDER_____
The foregoing Emergency Motion is denied.

By the Court,

s/ *Thomas M. Hardiman*
Circuit Judge

Dated: March 17, 2016
JK/cc: All Counsel of Record



A True Copy:

Marcia M. Waldron, Clerk