UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 09-CR-656 |
| v. | : | Hon. Susan D. Wigenton |
| JOHN A. BENNETT | : | ORDER |

1.   It is hereby ORDERED that the defendant John A. Bennett's bail conditions shall be revoked as of 2 p.m. on March 17, 2016; and

2.   The defendant is hereby ORDERED to surrender to the custody of United States Pre-Trial Services for the Eastern District of New York on March 17, 2016 at 2 p.m. whereupon he shall be remanded into the custody of the United States Marshal Service in the Eastern District of New York to be housed in the Metropolitan Detention Center.

March 16, 2016

_____
HONORABLE Susan D. Wigenton
United States District Judge