## Morvillo Abramowitz Grand Iason & Anello P. C.

| | | |
|---|---|---|
| ELKAN ABRAMOWITZ<br>RICHARD F. ALBERT<br>ROBERT J. ANELLO*<br>LAWRENCE S. BADER<br>BENJAMIN S. FISCHER<br>CATHERINE M. FOTI<br>PAUL R. GRAND<br>LAWRENCE IASON<br>BRIAN A. JACOBS<br>JUDITH L. MOGUL<br>JODI MISHER PEIKIN<br>ROBERT M. RADICK*<br>JONATHAN S. SACK**<br>EDWARD M. SPIRO<br>JEREMY H. TEMKIN<br>RICHARD D. WEINBERG | 565 FIFTH AVENUE<br>NEW YORK, NEW YORK 10017<br>(212) 856-9600<br>FAX: (212) 856-9494<br><br>www.maglaw.com<br><br>WRITER'S CONTACT INFORMATION<br>(212) 880-9445<br>jmermelstein@maglaw.com | COUNSEL<br>JASMINE JUTEAU<br><br>ROBERT G. MORVILLO<br>1938-2011<br>MICHAEL C. SILBERBERG<br>1940-2002<br>JOHN J. TIGUE, JR.<br>1939-2009<br><br>*ALSO ADMITTED IN WASHINGTON, D.C.<br>**ALSO ADMITTED IN CONNECTICUT |

March 21, 2016

**BY ECF**

The Honorable Susan D. Wigenton
United States District Judge
Martin Luther King Building
& United States Courthouse
50 Walnut Street
Newark, NJ 07101

  Re: United States v. John A. Bennett, No. 09 Cr. 656 (SDW)

Dear Judge Wigenton:

  On behalf of the defendant John Bennett, I write on consent to request the following briefing schedule for Mr. Bennett's Rule 29 and Rule 33 motions:

  Friday, April 15, 2016—Defendant's Rule 29 and Rule 33 motions due.

  Monday, May 16, 2016—Government's opposition papers due.

  Wednesday, June 1, 2016—Defendant's reply due.

I have consulted with counsel for the government, who have consented to this request.

               Respectfully yours,

               Jake Mermelstein

cc: Helen Christodoulou, Esq. (via ECF and email)
   Mikhail Vanyo, Esq. (via ECF and email)
   Daniel Tracer, Esq. (via ECF and email)