## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P. C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
LAWRENCE S. BADER
BENJAMIN S. FISCHER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
BRIAN A. JACOBS
JUDITH L. MOGUL
JODI MISHER PEIKIN
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

(212) 880-9445
jmermelstein@maglaw.com

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

March 21, 2016

**BY ECF**

The Honorable Susan D. Wigenton
United States District Judge
Martin Luther King Building
& United States Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   United States v. John A. Bennett, No. 09 Cr. 656 (SDW)

Dear Judge Wigenton:

On behalf of the defendant John Bennett, I write on consent to request the following briefing schedule for Mr. Bennett's Rule 29 and Rule 33 motions:

Friday, April 15, 2016—Defendant's Rule 29 and Rule 33 motions due.

Monday, May 16, 2016—Government's opposition papers due.

Wednesday, June 1, 2016—Defendant's reply due.

I have consulted with counsel for the government, who have consented to this request.

Respectfully yours,

Jake Mermelstein

cc:   Helen Christodoulou, Esq. (via ECF and email)
      Mikhail Vanyo, Esq. (via ECF and email)
      Daniel Tracer, Esq. (via ECF and email)

So Ordered
this 22ND day of March 2016

Susan D. Wigenton, U.S.D.J.