PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: John Anthony Bennett  Cr.: 09-00656-002
PACTS #: 904001

Name of Sentencing Judicial Officer:  THE HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/09/2016

Original Offense:  Kickback and Fraud Conspiracy, 18. U.S.C. § 371
Major Fraud Against the United States, 18 U.S.C. § 1031(A)

Original Sentence: 63 months imprisonment, 24 months supervised release

Special Conditions: $12,500 Fine, $3,808,065.72 in Restitution, No New Debt/Credit

Type of Supervision: Supervised Release   Date Supervision Commenced: 09/19/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Upon review of the Offender Payment Enhanced Report Access (OPERA), Bennett satisfied $8,070.62 towards the imposed $3,808,065.72 restitution but has failed to comply with the payment instructions set forth in his Judgement. He was ordered by the Court to pay restitution balance immediately and shall be paid in full within 30 days of sentencing. From October 2019 to February 2020, Bennett failed to make any monthly payments toward his restitution. |

U.S. Probation Officer Action:

When speaking with Bennett's daughter, she advised the doctors advised that Bennett has six months to live and does not make any substantial income to pay his restitution balance. We are currently awaiting medical documentation.

The Probation Office is recommending that no Court action be taken at this time; we respectfully request that Your Honor review the enclosed form and sign the Probation Form 12A (Report on Offender under Supervision), which will also serve as an official written reprimand from the Court.

Respectfully submitted,

*Elisa Martinez/km*

By: Elisa Martinez
Supervising U.S. Probation Officer
Date: 02/25/2020

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

March 2, 2020
_____
Date