PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: John Anthony Bennett                              Cr.: 09-00656-002
                                                                    PACTS #: 904001

Name of Sentencing Judicial Officer:   THE HONORABLE SUSAN D. WIGENTON
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/09/2016

Original Offense:   Kickback and Fraud Conspiracy, 18. U.S.C. § 371
                    Major Fraud Against the United States, 18 U.S.C. § 1031(A)

Original Sentence: 63 months imprisonment, 24 months supervised release

Special Conditions: $12,500 Fine, $3,808,065.72 in Restitution, No New Debt/Credit

Type of Supervision: Supervised Release                 Date Supervision Commenced: 09/19/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
--- | ---
1 | **Failed to Satisfy Fine and Restitution.**
  | Upon review of the Offender Payment Enhanced Report Access (OPERA), Bennett satisfied a total of $9,479.61(includes payments made while incarcerated with the Bureau of Prisons) towards the imposed $3,808,065.72 restitution but has failed to comply with the payment instructions set forth in his Judgement. He was ordered by the Court to pay restitution balance immediately and it shall be paid in full within 30 days of sentencing. From October 2019 to May 2021, Bennett failed to make any monthly payments toward his restitution. He has since made three good faith payments of $100 each; last being on August 23, 2021.

U.S. Probation Officer Action:

Throughout his term of supervised release, Bennett paid $300.00 towards his restitution. His supervision is due to expire on September 18, 2021, with an outstanding restitution balance of $3,798.586.11. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of his earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgement, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Prob 12A – page 2
John Anthony Bennett

The Court allowing the supervision term to expire as scheduled has no impact on Bennett's restitution order obligation as ordered by the Court on August 09, 2016. Furthermore, it does not limit any other collection efforts furthering payment of the order of restitution. The restitution order remains in full effect and is an ongoing obligation for the remaining balance of $3,798.586.11.

Respectfully submitted,

*Elisa Martinez*

By:  Elisa Martinez
Supervising U.S. Probation Officer
Date:  09/10/2021

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] Allow supervision term to expire as scheduled on September 18, 2021 (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

September 13, 2021
Date